UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ralph E. Eldridge,

    Plaintiff,                                    CASE NUMBER: 10-12893
                                                     Hon. Victoria A. Roberts

vs.

City of Warren, Patrick Moore and Robert Horlocker,

    Defendants.
_____/

## AMENDED ORDER

       For the reasons stated on the record at a hearing on April 14, 2015, Defendants' Motion *in Limine* to Preclude Evidence of Prior Taser Deployments (Doc. 73) is **DENIED** and Plaintiff's Motion *in Limine* Precluding Evidence of Un-Disclosed Incident Reports and Inter-Department Communications (Doc. 72) is **DENIED** subject to admissibility at trial. By the close of business Friday, Mr. Kyle is to let the Defense know which of the 28 Taser reports he intends to introduce into evidence. The parties must then confer and attempt to agree on which portions of the documents will be admissible at trial. To the extent possible, counsel should let the Court know in advance of trial, which reports have contested portions.

       Defendants have until 5:00 p.m. on Wednesday, April 15, 2015, to produce the two videos discussed during the motion hearing.

                                                          S/Victoria A. Roberts
                                                           United States District Judge

Dated: 4/14/2015